The People of the State of New York, Respondent, v Darius Dubarry, Appellant.

Submitted January 13, 2014; decided January 16, 2014

■■■■■■■■■

Motion for assignment of counsel granted and Lynn W.L. Fahey, Esq., Appellate Advocates, 2 Rector Street, 10th Floor, New York, NY 10006 assigned as counsel to the appellant on the appeal herein.